AUSA

**FILED**

JAN 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8085

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                Plaintiff, <br><br>        v. <br><br> Ricardo GONZALEZ-Cuevas, <br><br>                Defendant. | Magistrate Case No.: <br><br> COMPLAINT FOR VIOLATION OF <br><br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about January 29, 2008, within the Southern District of California, defendant Ricardo GONZALEZ-Cuevas, did knowingly and intentionally import approximately 59.28 kilograms (130.42 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Hugo A. Leon
_____
Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, January 30, 2008.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
　　　　　v.
Ricardo GONZALEZ-Cuevas

### STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Hugo A. Leon.

On January 29, 2008, at approximately 1205 hours, Customs and Border Protection (CBP) Officer Garcia was assigned to Vehicle Primary Lane Five (5) of the Calexico, California West Port of Entry when a blue 1991 Plymouth Acclaim bearing Baja California license plate BED6056, approached for entry into the United States. Ricardo GONZALEZ-Cuevas was the driver and sole occupant of the Acclaim.

CBP Officer Garcia encountered GONZALEZ and received a negative Customs declaration from him. CBP Officer Garcia noticed that GONZALEZ was avoiding eye contact and fidgeting in his seat during the primary inspection. CBP Officer Garcia escorted the Acclaim and GONZALEZ to the Vehicle Secondary Lot for further examination.

In the Vehicle Secondary Lot, CBP Canine Enforcement Officer Randolph utilized his Human-Narcotic Detector Dog (HNDD). HNDD alerted to the rear seat of the Acclaim. CBP Officers Garcia and Carp discovered cellophane and aluminum foil wrapped packages concealed in the rear seat and in the spare tire well of the Acclaim. CBP Officer Garcia probed one of the packages producing a green, leafy, substance, which field-tested positive for marijuana. A total of fifty two (52) packages were removed from the Acclaim. The total weight of the packages was approximately 59.28 kilograms (130.42 pounds) of marijuana.

GONZALEZ was advised of his rights per Miranda. GONZALEZ stated to Special Agent Leon that he understood his rights and was willing to make a statement without an attorney present. GONZALEZ admitted to knowledge of the marijuana found concealed in the Acclaim and stated that he was to be paid $800.00 if successful in crossing the Acclaim across the border and transporting it to Calexico, California.