

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR526-BTM |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| RICARDO GONZALEZ-CUEVAS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 29, 2008, within the Southern District of California, defendant RICARDO GONZALEZ-CUEVAS, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 59.28 kilograms (130.42 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 26, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:Imperial
2/26/08